🖇AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Omar Hernandez and Patricia Isabel Howard

V.

Evelyn C. Upchurch, Director, U.S. Citizenship and Immigration Services, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 312-MEF

TO: (Name and address of Defendant)

Evelyn C. Upchurch, Director
U.S. Citizenship and Immigration Services
Texas Service Center
4141 North St. Augustine Rd.
Dallas, TX 75227

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P O Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK
(By) DEPUTY CLERK

DATE: April 13, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To USCIS, Evelyn C Upchurch, Dir.
Street, Apt. No.;
or PO Box No. 4141 North St Augustine Rd
City, State, ZIP+4 Dallas TX 75227

PS Form 3800, June 2002    See Reverse for Instructions

7005 0390 0004 2659 5113

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Omar Hernandez and Patricia Isabel Howard

V.

Evelyn C. Upchurch, Director, U.S. Citizenship and Immigration Services, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv312-MEF

TO: (Name and address of Defendant)

United States Attorney
c/o Civil Process Clerk
One Court Square, Suite 201
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P O Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE: April 13, 2007

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                          Signature of Server

_____
                            Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

2:07cv312MEF
4-13-07

| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7005 0390 0006 2659 5137

Sent To *United States Attorney/Civil Process Clerk*
Street, Apt. No.; or PO Box No. *One Court Square Suite 201*
City, State, ZIP+4 *Montgomery AL 36104*

PS Form 3800, June 2002       See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Omar Hernandez and Patricia Isabel Howard

V.

Evelyn C. Upchurch, Director, U.S. Citizenship and Immigration Services, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 312-MEF

TO: (Name and address of Defendant)

Emilio T. Gonzalez, Director
U.S. Citizenship and Immigration Services
20 Massachusetts Ave., N.W.
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P O Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE April 13, 2007

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 0390 0004 2659 5120

| Postage | $ | 4-13-07 |
| Certified Fee | | 2:07cv312mef |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To USCIS, Emilio T. Gonzalez, Dir.
Street, Apt. No.; or PO Box No. 20 Massachusetts Ave. NW
City, State, ZIP+4 Washington, D.C. 20529

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Omar Hernandez and Patricia Isabel Howard

V.

Evelyn C. Upchurch, Director, U.S. Citizenship and Immigration Services, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 cv 312-MEF

TO: (Name and address of Defendant)

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Boyd F. Campbell
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P O Box 11032
Montgomery, AL 36111-0032

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                April 13, 2007

CLERK                                            DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                 Signature of Server

_____
Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 0390 0006 5659 5144

| Postage | $ | 2:07cv312-MEF |
| Certified Fee | | 4-13-07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: USDOJ, U.S AG, Attn Alberto Gonzales
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4 Washington DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.