Hernandez

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Citizenship & Immigration Services
ATTN: Emilio T. Gonzalez, Dir.
20 Massachusetts Ave., N.W,
Washington D.C. 20529

2:07cv312-MEF (Cmplsmo 60 dy)

2. Article Number
(Transfer from service label)    7005 0390 0006 2659 5120

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
DHS                              4-26-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes