IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, and<br>PATRICIA ISBEL HOWARD,<br><br>    Plaintiffs,<br><br>v.<br><br>EVELYN C. UPCHURCH, in her<br>official capacity as Director,<br>U.S. Citizenship and Immigrations<br>Services, et. al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: **2:07-CV-312-MEF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Come now the defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure moves the Court for a 30-day extension of time, to and including July 16, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that all information necessary for the formation of an answer and/or response has not yet been received from the appropriate federal agency. This information is essential in the compilation of the answer or other response. Counsel for the plaintiff has been advised of this request for an extension of time and has consented to the same.

Respectfully submitted this 8th day of June, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By:   s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail **rand.neeley@usdoj.gov**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Boyd F. Campbell, Esquire.

>s/R. Randolph Neeley
>Assistant United States Attorney