IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, and<br>PATRICIA ISBEL HOWARD,<br><br>      Plaintiffs,<br><br>      v.<br><br>EVELYN C. UPCHURCH, in her<br>official capacity as Director,<br>U.S. Citizenship and Immigrations<br>Services, et. al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: **2:07-CV-312-MEF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME**

Come now the defendants, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rules 6(b) and 12 of the Federal Rules of Civil Procedure moves the Court for a 90-day extension of time, to and including October 15, 2007, within which to file an answer or other response in the above-styled case.

In support of this motion, counsel shows unto the Court that the vast majority of steps necessary for the resolution of the plaintiff's claim have been completed, but as of July 2, 2007, the United States Department of State has indicated that all visa numbers of the type needed for the plaintiffs have been used. No new visas will be available until after October 1, 2007. It is hoped that the last steps can be completed so that the petitioner's cause can be expeditiously resolved by October 15, 2007.

Although efforts were made by both to speak with the other, Defendant and counsel for Plaintiff were unable to speak prior to the filing of this motion.

Respectfully submitted this 16th day of July, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By:   s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL 36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiff's Attorney, Boyd F. Campbell, Esquire.

>s/R. Randolph Neeley
>Assistant United States Attorney