IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-312-MEF |
| ) | |
| EVELYN UPCHURCH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Second Motion for Extension of Time to File Answer or Other Response (Doc. #9) filed on July 16, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before July 24, 2007 as to why the motion should not be granted.

DONE this 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE