UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ and PATRICIA ISABEL HOWARD, <br><br> Plaintiffs, <br><br> v. <br><br> EVELYN UPCHURCH, Director, Texas Service Center, U.S. Citizenship and Immigration Services, in her official capacity; et al. <br><br> Defendants. | Civil Action No.: 2:07-CV-312-MEF |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

Come now the plaintiffs, Omar Hernandez and Patricia Isabel Howard, by and through their counsel of record, in the above-captioned matter and, in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported: None.

Date: July 18, 2007

/s/ Boyd F. Campbell
BOYD F. CAMPBELL    ASB-8517-C66B
Attorney for Omar Hernandez and Patricia Isabel Howard

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Tel (334) 832-9090
Fax (334) 832-9090
E-mail: usvisa@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to defendants' attorney, R. Randolph Neeley.

/s/ Boyd F. Campbell