IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ and<br>PATRICIA ISABEL HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>EVELYN C. UPCHURCH, in her official<br>capacity as Director, U.S. Citizenship and<br>Immigration Services, et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 2:07-CV-312-MEF<br>)<br>)<br>)<br>)<br>)<br>) |

PETITIONERS' RESPONSE TO ORDER TO SHOW CAUSE

Come now the petitioners, by and through their counsel of record, and respond to this court's Order to Show Cause, requiring petitioners' response to the defendants' Motion for Extension of Time.

The defendants' motion, if granted, would extend delay of action by the defendants and damage to the petitioners by an additional 90 days. The defendants have wrongfully denied employment authorization and travel documents to petitioners — benefits to which they are entitled as applicants for adjustment of status, and for which they paid the defendants hundreds of dollars and lost hours of time and spent hours of travel to defendants' Application Support Center in Birmingham to provide biometrics.

Defendants' failure to discharge their duties under federal law and regulations has wrongfully deprived the petitioners of employment authorization by the U.S. Department of Homeland Security and of their right to travel freely and re-enter the United States after a brief absence outside the United States — important and vital benefits to which they are entitled as adjustment applicants.

The petitioners have no objection to the defendants' motion for an extension of time of 90 days *as long as* the defendants are required by the court to issue employment authorization documents and travel documents to the petitioners immediately without requiring additional loss of time and expense of travel to the defendants' Application Support Center in Birmingham, and without fee.  The defendants have the petitioners' biometrics in their database but are known to require frequent and repeated trips by applicants for immigration benefits to their Application Support Centers to provide biometrics multiple times, which is wasteful and inefficient.

The lack of visas referred to by the defendants in this case is entirely of the defendants' own making.  Had the defendants discharged their duties under federal law and regulations in a timely manner, the petitioners would already have been allocated immigrant visas and would have  permanent resident status, thus obviating the need for this action.

Government delay can damage people, which was abundantly apparent in the Hurricane Katrina disaster, and which has occurred in this case.  The defendants should be ordered to provide the benefits the petitioners paid for and were wrongfully denied.

Respectfully submitted this 24th  day of July, 2007.

   /s/ Boyd F. Campbell
Attorney     for     Petitioners

ASB8517C66B
ADDRESS OF COUNSEL:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P O Box 11032
Montgomery, Alabama 36111-0032
Telephone: 334-832-9090
Facsimile: 334-832-9071
Email: usvisa@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the defendants' counsel, R. Randolph Neeley, Assistant United States Attorney.

   /s/ Boyd F. Campbell