IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-312-MEF |
| ) | |
| EVELYN UPCHURCH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendants' Second Motion for Extension of Time to File Answer or Other Response (Doc. #9) filed on July 16, 2007, it is hereby

ORDERED that the motion is GRANTED to and including October 15, 2007.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE