# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| OMAR HERNANDEZ, and | ) |
| PATRICIA ISABEL HOWARD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-312-MEF** |
| | ) |
| EVELYN C. UPCHURCH, in her | ) |
| official capacity as Director, | ) |
| U.S. Citizenship and Immigration | ) |
| Services, et. al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

The plaintiffs, Omar Hernandez and Patricia Isabel Howard, by and through their counsel of record, hereby file their notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted on this 24th day of September, 2007.

                                                   s/Boyd F. Campbell
                                                   Attorney for Plaintiffs        A S B - 8517-688B

COUNSEL'S ADDRESS:
BOYD F. CAMPBELL, L.L.C.
441 Martha Street
P.O. Box 11032
Montgomery, Alabama 36111-0032
Tel (334) 832-9090
Fax (334) 832-9090

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants' counsel, Leura A. Garrett and R. Randolph Neeley.

s/Boyd F. Campbell